UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 18, 2016

MEMO TO COUNSEL RE:  US v. Simpson and Bland
Criminal No. JFM-13-0619

Dear Counsel:

This will confirm the schedule set during the conference held on February 16, 2016.

| | |
|---|---|
| April 29, 2016 | Motions deadline |
| Two week period beginning July 18, 2016 | Trial (jury) |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

1